Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

**Case No.:  09−25353    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John R. Moysey | Mary H. Moysey |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 5561 Harford Ct. | 5561 Harford Ct. |
| Churchton, MD 20733 | Churchton, MD 20733 |

Social Security No.:   xxx−xx−5276         xxx−xx−0909

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 8/18/09

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Joseph J. Bellinger is discharged as trustee of the estate of the above−named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 6/17/10

*Nancy V. Alquist*
U.S. Bankruptcy Judge